Daniel Keller, # 21804-112
c/o Federal Prison
P.O. Box 26020
Beaumont, Texas 77720

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Eugene Keller )<br>    Petitioner, )<br>)<br>)<br>    v. )<br>)<br>UNITED STATES. )<br>    Respondent )<br>)<br>_____ ) | No. CR 15-00366-RGK<br>PETITIONERS REQUEST FOR<br>COMPASSIONATE RELEASE/<br>REDUCTION OF SENTENCE<br>UNDER U.S.C. § 3583(c)<br>TO TIME SERVED |

    Petitioner has asked the Warden of FCC Beaumont (LOW), for immediate release to "Home Confinement", due to the COVID-19 virus. Petitioner was DENIED. See (Exhibit # 1), (Exhibit # 2), and (Exhibit # 3) (two pages) DENIED. Petitioner now seeks relief from District Court and his sentencing Judge Mr. R. G. Klausner.

### STATEMENT OF FACTS :

1) Home Confinement : On April 3, 2020, Attorney General Barr ("AG") issued a memorandum (1) authorizing BOP to increase the maximum amount of time an inmate can serve in home confinement, and (2) asking BOP to allow home confinement for inmates in high risk groups for COVID-19.

2) The Centers for Disease Control and Prevention (CDC) has said that people at a **higher risk** are (1) people 65 years and older; and (2) all people with underlying medical conditions, particularly if not well controlled, including chronic lung disease, moderate to serve asthma, heart conditions, high blood pressure, diabetes, obesity, kidney disease, liver disease and being immuno-compromised. See (Exhibit # 4) (two pages).

3) Petitioner has personally written to this District Court (twice), with no responce. Petitioner described his high risk for COVID-19, and included were several options for home confinement, or RRC placement. In BOTH Houston, Texas, or Los Angeles, California.

4) Petitioner has a projected released date of : 03/25/2025 and with the First Step Act is entitled to 12 months RRC placement and 6 months home confinement. Petitioner has remained disciplinary free of BOP violations and was awarded transfer back to his region and designated for Terminal Island. Which seems to be 'ground zero' for COVID-19. See (Exhibit # 5).

5) This District Court recommended to the BOP the Petitioners participation in the "DAP" program, and if Petitioner were to be successful in completion of this program. The Petitioner could be awarded another 12 months off his sentence. So if you combined the 18 months and the 12 months, of the programs available to the Petitioner, that would be 30 months off the Petitioners remaining 56 months and that leaves Petitioner with 26 months (approximately). Petitioner is even willing to spend the entire 26 months in a RRC placement. Where I'd be subject to paying a percentage of his income, and willing to wear a GPS bracelet. Or placement into a long term live-in drug facility to appease this District Courts "DAP" program recommendation.

6) The coronavirus (COVID-19), is rapidly spreading in all parts of the United States, including its prisons. There in no vaccine or cure for this deadly disase. The CDC recommends frequent handwashing, sterilizing of surfaces, and remaining at a distance of at least six feet from other people. This is impossible to do at FCC Beaumont (LOW), or any other prison facility.

7) Petitioners numerous medical conditions are : Asthma, C-PAP user, high blood pressure, and diabetes (insulin), these put this Petitioner at a very high risk for DEATH from the COVID-19 virus.

So in closing this Petitioners extraordinary and compelling circumstances regarding the COVID-19 virus, makes this Petitioner eligible for compassionate release "time served" or home confinement, whichever this Honorable Court decides.

Respectfully Submitted,

Daniel Eugene Keller
Pro Se

BMX1330.17A
September 12, 2012
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.16, **Administrative Remedy Program**, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: Daniel Keller       Reg. No.: 21804-112     Unit: VB

Specific Complaint and Requested Relief: Immediate release to home confinement because of the CV-19 Pandemic. This inmate submitted a similar BP-8 to Unit Team and it was DENIED. Since the inmate appeal process is slow and this is a life threatening situation. So I attached the BP-8 and sent it with a BP-10 to Region for review. It was also DENIED/REJECTED, but NOT returned. I only got the rejection notice with Remedy ID# 1017713-R1, dated: May 7th, 2020. *** See attached copy *** Therefore this inmate is now re-submitting this BP-8. And I will have to follow through with the BP9, BP10, BP11, until I can go to Federal Court with a 2241 Motion. I have several health factors that qualify me for immediate release to home confinement. Such as Asthma, C-PAP user, high blood pressure, diabetic with Insulin, and advanced age, and by the time this is processed I will be over the 50% of time served.

Efforts Made By Inmate To Informally Resolve Grievance (be specific): I have spoken with my Unit Team: Mrs. Ponzio, Mr. Dews, and Mrs. Jones.

Counselor's Comments: You were determined to be ineligible at this time.

_M. Ponzio_ 5/19/20
Correctional Counselor's Review / Date

_[signature]_ 5-29-20
Unit Manager's Review / Date

*** Exhibit # 1 ***

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __KELLER, Daniel E.__   # __21804-112__   __VB__   __FCC-BML__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**   I want an immediate release to home confinement due to the CV-19 virus. I meet several of the requirements as per Attorney Generl Mr. William Barr's guidelines. I submitted a BP-8 and it was DENIED, I then attached it to a BP10 and sent it to Region as this is a life and death issue. *** See REJECTION notice attached Remedy ID# 1017713-R1, dated: May 7, 2020 ***. In a recent conversation with Case Manager Mr. Dews he told me that it was my PATTERN score which makes me a low level inmate when they are only accepting minimum level inmates at this time. He told me that is was my criminal history, I have 8 points. Three of those points are for a 487(e) Grand theft, dated : 07/20/1999 Case# GA040093 out of Glendale, California. This case is well over 20 years and shouldn't effect my relief sough for home confinemnt. I have several options for home confinemnt that are in my PSR. I have even made the effort to renew my driver license and social security card are BOTH waiting for me.

__05/19/2020__
DATE   SIGNATURE OF REQUESTER

**Part B- RESPONSE**

*** Exhibit # 2 ***

_____   _____
DATE   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN   BP-229(13) APRIL 1982

You have been determined not to be eligible based on one or more of the aforementioned criteria.

Based on the above information, this response to your Request for Administrative Remedy is denied.

If you are not satisfied with this response, you may appeal to the Regional Director at Bureau of Prisons, South Central Region, South Central Regional Office, 344 Marine Forces Drive, Grand Prairie, Texas, 75051. Your appeal must be received in the South Central Regional Office within 20 days of the date of this response.

_____
F. J. Garrido, Warden

___6/15/20___
Date

*** Exhibit # 3 ***
02 of 02 pages

**FEDERAL CORRECTIONAL COMPLEX (FCC), BEAUMONT, TEXAS**
**PART B-RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1023429-F1**

This is in response to your Request for Administrative Remedy received June 2, 2020, in which you request an immediate release to home confinement due to COVID-19 virus.

The Bureau of Prisons is utilizing the full scope of its various authorities to ensure that inmates indicated at high risk are of complications from COVID-19 are housed safely and appropriately given their specific needs and circumstances. This includes modified institution operations; routine staff and inmate medical screening; use of the home confinement authority, where appropriate, based on guidance from the U.S. Attorney General; and use of compassionate release for appropriate inmates who have existing terminal and debilitated medical conditions or who are elderly and nearing the end of their sentence, as indicated for in current agency policy.

The CARES Act authorizes the U.S. Attorney General to expand the cohort of inmates who can be considered for home confinement upon his findings of emergency conditions which are materially affecting the function of the BOP. On April 3, 2020, the U.S. Attorney General made that finding and authorized the Director of the BOP to immediately maximize appropriate transfers to home confinement of all appropriate inmates held at FCI Oakdale, FCI Danbury, FCI Elkton, and other similarly situated BOP facilities where COVID-19 is materially affecting operations.

The U.S. Attorney General issued guidance to the BOP regarding the transfer of inmates to home confinement on March 26, 2020. In assessing whether home confinement should be granted, the BOP considers the totality of circumstances for each individual inmate, the statutory requirements for home confinement and a non-exhaustive list of discretionary factors for priority consideration, including, but not limited to: no BOP violations within the last year; PATTERN score is minimum; a verifiable re-entry plan; verification that the conditions under which the inmate would be confined upon release would present a lower risk of contracting COVID-19 than the inmate would face in his BOP facility; no serious offenses; primary offense is not violent, a sex offense, or terrorism related; no current detainers; and the inmate must have served 50% or more of their sentence or have 18 months or less remaining in their sentence and have served 25% or more of their sentence.

*** Exhibit # 3 ***
01 of 02 pages



FCC Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
612536-POX Polavarapu, Sreedhar MD 07/18/2019
KELLER, DANIEL EUGENE 21804-112
Take two capsules (40 MG) by mouth early each morning
Omeprazole 20 MG Cap
(2) Refills 10/10/2019 KWG Refill Until: 01/14/2020
#60 CAP Don't Confiscate Before: 01/08/2020 12
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

⇒ Swallow capsule(s) whole. Do not break or chew.
Take on empty stomach, 30 minutes before meals.
Capsule-shaped White OM/20

FCC Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
612740-POX Polavarapu, Sreedhar MD 07/18/2019
KELLER, DANIEL EUGENE 21804-112
Take one tablet (400 MG) by mouth three times daily
Ibuprofen 400 MG Tab
(0) Refills 10/07/2019 KWG Refill Until: 10/16/2019
#27 TAB Don't Confiscate Before: 01/05/2020 60
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Medicine should be taken with plenty of water.
⇒ Medicine may impair your ability to drive or operate machinery. Use care until you know how it affects you.
Take with food.
Round White IP 464
IP 464

FCC Pollock BML-V06-915L A-06
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
612535-POX Polavarapu, Sreedhar MD 07/18/2019
KELLER, DANIEL EUGENE 21804-112
Take two tablets (1250 MG) by mouth twice daily
Calcium Polycarbophil 625 MG Tab
(2) Refills 10/10/2019 KWG Refill Until: 01/14/2020
#120 T+ Don't Confiscate Before: 01/08/2020 88
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Take with a full glass of water.
Oblong Beige CPC 339
CPC 339

FCC Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
612537-POX Polavarapu, Sreedhar MD 07/18/2019
KELLER, DANIEL EUGENE 21804-112
Take one tablet (300 MG) by mouth at bedtime
Ranitidine HCl 300 MG TAB
(2) Refills 10/10/2019 KW[illegible] Refill Until: 01/14/2020
#30 TAB Don't Confiscate Before: 01/08/2020 85
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

⇒ It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor.
⇒ Obtain medical advice before taking non-prescription drugs as some may affect the action of this medication
⇒ This medicine may be taken with or without food.
Capsule-shaped Yellow IP 254
IP 254

Central Fill Pharmacy-Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
570084-POX Polavarapu, Sreedhar MD 01/15/2019
KELLER, DANIEL EUGENE 21804-112
Spray 2 puffs in each nostril twice daily
Fluticasone Prop 50mcg, 16ml Nasal spry
(3) Refills 10/21/2019 KWG Refill Until: 01/15/2020
#16 ML Don't Confiscate Before: 01/19/2020 93
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

⇒ See instructions for priming your spray.
⇒ Discard after the labeled number of sprays have been used.
For the nose.
Shake gently.
SPRAY

Central Fill Pharmacy-Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
570081-POX Polavarapu, Sreedhar MD 01/15/2019
KELLER, DANIEL EUGENE 21804-112
Take one tablet (81 MG) by mouth each day with food
Aspirin 81 MG EC Tab
(3) Refills 10/21/2019 KWG Refill Until: 01/15/2020
#30 TAB Don't Confiscate Before: 01/19/2020 81
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

⇒ Do not chew or crush. Swallow whole.
⇒ Warning: Do not use if you are pregnant, suspect that you are pregnant, or while breastfeeding. Consult your doctor or pharmacist.
⇒ Limit use of alcohol while taking this medication. Daily use of alcohol may increase the risk of stomach bleeding.
Medicine should be taken with plenty of water.
Round Yellow L
L

Central Fill Pharmacy-Pollock BML-V06-915L A-16
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
570091-POX Polavarapu, Sreedhar MD 01/15/2019
KELLER, DANIEL EUGENE 21804-112
Take one tablet (50 MCG) by mouth each morning
LevoTHYROXINE Sodium 50 MCG Tab
(2) Refills 10/21/2019 KWG Refill Until: 01/15/2020
#30 TAB Don't Confiscate Before: 01/19/2020 35
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

⇒ Take exactly as directed. Do not skip doses or discontinue unless directed by your doctor
⇒ Take on an empty stomach 1 hour before or 2-3 hours after meals.
⇒ Nonprescription drugs may aggravate your condition. Check with your doctor or pharmacist if you have questions
Capsule-shaped White 50/GG 332
50

Central Fill Pharmacy-Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
570082-POX Polavarapu, Sreedhar MD 01/15/2019
KELLER, DANIEL EUGENE 21804-112
Take one tablet (40 MG) by mouth at bedtime
Atorvastatin 40 MG TAB
(2) Refills 10/21/2019 KWG Refill Until: 01/15/2020
#30 tab Don't Confiscate Before: 01/19/2020 20
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Do not take other medicines without your doctor's advice
Avoid grapefruit or grapefruit juice.
⇒ Do not use this medication if you are pregnant, plan to become pregnant, or are breastfeeding
Oval Yellow 154/SG
154

Central Fill Pharmacy-Pollock BML-V06-915L D-02
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
570093-POX [illegible] Sreedhar MD 01/15/2019
KELLER, DANIEL EUGENE 21804-112
Take one tablet (50 MG) by mouth each morning
Losartan potassium 50 MG Tab
(2) Refills 10/21/2019 KWG Refill Until: 01/15/2020
#30 TAB Don't Confiscate Before: 01/19/2020 31
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

⇒ Take exactly as directed. Do not skip doses or discontinue unless directed by your doctor
⇒ Do not use this medication if you are pregnant, plan to become pregnant, or are breastfeeding.
May cause dizziness.
Oval Green 4 6/E
TABLET

Central Fill Pharmacy-Pollock BML-V06-915L C-02
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
570087-POX [illegible] Sreedhar MD 01/15/2019
KELLER, DANIEL EUGENE 21804-112
Take one capsule (12.5 MG) by mouth each morning
HydroCHLOROthiazide 12.5 MG Cap
(2) Refi[illegible] 10/21/2019 KWG Refill Until: [illegible]
#30 CAP Don't Confiscate Before: 01/19/2020 85
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

⇒ Avoid prolonged or excessive exposure to direct and/or artificial sunlight while taking this medicine
Capsule-shape Teal/White WATSON 347/[illegible] mg

* * Exhibit 4 ***
01 of 02 pages

FCC Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
570098-POX Polavarapu, Sreedhar MD 01/15/2019
KELLER, DANIEL EUGENE 21804-112

Take one capsule (0.4 MG) by mouth each day for prostate

Tamsulosin HCl 0.4 MG Cap

(3) Refills 10/15/2019 KWG Refill Until: 01/15/2020
#30 Cap Don't Confiscate Before: 01/13/2020 45

CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Do not chew or crush. Swallow whole

Take one-half hour following the same meal each day.

Medicine may impair your ability to drive or operate machinery. Use care until you know how it affects you.

May cause drowsiness and dizziness. Alcohol may intensify this effect. Use care when operating a car or dangerous machines.

Capsule-shaped Lt. Green/Yellow TML 0.4/TML 0.4

FCC Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
619261-POX Polavarapu, Sreedhar MD 08/16/2019
KELLER, DANIEL EUGENE 21804-112

Take one tablet (5 MG) by mouth twice daily

glipiZIDE 5 MG TAB

(10) Refills 10/15/2019 KWG Refill Until: 08/15/2020
#60 TAB Don't Confiscate Before: 01/13/2020 13

CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Take exactly as directed. Do not skip doses or discontinue unless directed by your doctor

Avoid prolonged or excessive exposure to direct and/or artificial sunlight while taking this medicine.

Consult your doctor before taking nonprescription drugs.

Take before meals.

Round White-Off White GLP 5/APO

FCC Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
570094-POX Polavarapu, Sreedhar MD 01/15/2019
KELLER, DANIEL EUGENE 21804-112

Take one tablet (1000 MG) by mouth twice daily with food for control of diabetes

metFORMIN HCl 1000 MG Tab

(3) Refills 10/15/2019 KWG Refill Until: 01/15/2020
#60 TAB Don't Confiscate Before: 01/13/2020 73

CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

This medication may cause an uncommon, but serious condition called lactic acidosis. Seek medical attention if symptoms develop.

Symptoms of Lactic Acidosis: Unusual tiredness, severe drowsiness, cold skin, muscle pain, rapid or trouble breathing, very slow or irregular heartbeat.

Take with food.

Do not drink alcoholic beverages when taking this medicine.

Oval White-Off White 1 07/S G

Central Fill Pharmacy-Pollock BML-V06-915L
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
612746-POX Polavarapu, Sreedhar MD 07/18/2019
KELLER, DANIEL EUGENE 21804-112

Take one tablet (15 MG)

Pioglitazone HCl 15 MG Tab

(8) Refills 11/06/2019 KWG Refill Until: 07/17/2020
#30 TAB Don't Confiscate Before: 02/04/2020 99

CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Take exactly as directed. Do not skip doses or discontinue unless directed by your doct

Do not use this medication if you are pregnant, plan to become pregnant, or are breastfeedi

Do not take other medicines without checking with your doctor or pharmacist

Round White-C White 31/H

*** Exhibit # 4 ***
02 of 02 pages



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: KELLER, DANIEL EUGENE  21804-112

SEQUENCE: 01109873
Team Date: 05-28-2020

| | |
|---|---|
| Facility: | BML BEAUMONT LOW FCI |
| Name: | KELLER, DANIEL EUGENE |
| Register No.: | 21804-112 |
| Age: | 52 |
| Date of Birth: | 03-16-1968 |

| | |
|---|---|
| Proj. Rel. Date: | 03-25-2025 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | VIM03348 / 06-16-2010 |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BML | YARD AM | CCS YARD AM DETAIL | 04-03-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BML | ESL HAS | ENGLISH PROFICIENT | 09-20-2005 |
| BML | GED EARNED | GED EARNED IN BOP | 05-11-2006 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BML | C | BUSINESS COMMUN. ACE RPP#6 | 10-16-2019 | 12-18-2019 |
| BML | C | COLD WAR HISTORY ACE RPP#6 | 10-15-2019 | 12-17-2019 |
| BML | C | STARTING SMALL BUSIN ACE RPP#6 | 10-14-2019 | 12-16-2019 |
| BML | C | JOB SUCCESS CLASS, RPP#2 | 07-16-2018 | 09-17-2018 |
| BML | C | JOB INTERVIEWING, RPP CT2 | 07-24-2018 | 07-31-2018 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 08-02-2016 |
| CARE2 | STABLE, CHRONIC CARE | 09-06-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 12-30-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-14-2017 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-06-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-12-2016 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 01-09-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 12-13-2016 |

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** **COMPLT**  FINANC RESP-COMPLETED   **Start: 09-17-2018**
Inmate Decision: **AGREED**   $75.00   Frequency: **SINGLE**
Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |
| 2 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |

Sentry Data as of 05-26-2020   Individualized Reentry Plan - Program Review  (Inmate Copy)

\*\*\* Exhibit # 5 \*\*\*

## CERTIFICATE OF SERVICE

I, Daniel Eugene Keller declare:

That I am a citizen of the United States and that I currently am incarcerated at : FCC Beaumont (LOW), P.O. BOX 26020, Beaumont, Texas, 77720; that I am over the age of 18 years; and I am a party to the below-titled action;

PETITIONERS REQUEST FOR
COMPASSIONATE RELEASE/
REDUCTION OF SENTENCE
UNDER U.S.C. § 3583(c)
TO TIME SERVED

I placed into the United States mail prepaid addressed to :

The Clerk of District Court
255 E. Temple Street
Los Angeles, CA 90012
2 copies w/attached exhibits

---

The United States Attorneys Office
312 North Spring Street
Los Angeles, CA 90012
1 copy w/attached exhibits

---

Along with a SASE envelope
for a STAMPED RETURNED COPY
OF PETITIONERS REQUEST

---

I, Daniel Eugene Keller placed the above items into the US Mail on June 16th, 2020, at Beaumont, Texas.

Daniel E. Keller
Pro Se

Daniel Keller, # 21804-112
FCC Beaumont (LOW)
P.O. Box 26020
Beaumont, Texas 77720

RECEIVED
CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk of District Court
255 E. Temple Street
Los Angeles, CA 90012